UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
**Case Number: 20-14444-CIV-MARTINEZ**

HOWARD COHAN,
     Plaintiff,

vs.

STAPLES THE OFFICE SUPERSTORE, LLC,
     Defendant.
_____/

### <u>ORDER ON NOTICE OF SETTLEMENT AND</u><br><u>DENYING ALL PENDING MOTIONS AS MOOT</u>

THIS CAUSE came before the Court upon the parties' Notice of Settlement, [ECF No. 7], indicating that the parties have reached a settlement in this matter.  It is hereby

**ORDERED AND ADJUDGED** as follows:

1.     The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before <u>30 days of the date of this Order</u>**.

2.     If the parties fail to comply with this Order, the Court shall <u>dismiss</u> this case without prejudice without any further warning.

3.     The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4.     The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only.  This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of January, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record