UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.: 2:20-CV-14444-JEM

HOWARD COHAN,

      Plaintiff,

vs.

STAPLES THE OFFICE SUPERSTORE, LLC
a Foreign Limited Liability Company
d/b/a STAPLES

      Defendant(s).

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, STAPLES THE OFFICE SUPERSTORE, LLC, a Foreign Limited Liability Company, d/b/a STAPLES, (the Parties) hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees.

      RESPECTFULLY SUBMITTED February 17, 2021.

By: **/s/ Gregory S. Sconzo**                       By: **/s/ Kevin M. Young**
Gregory S. Sconzo, Esq.                             Kevin M. Young
Florida Bar No.: 0105553                         Florida Bar No.: 114151
Sconzo Law Office, P.A.                          SEYFARTH SHAW LLP
3825 PGA Boulevard, Suite 207             1075 Peachtree Street, N.E., Suite 2500
Palm Beach Gardens, FL 33410             Atlanta, Georgia 30309-3958
Telephone: (561) 729-0940                 Telephone: (404) 885-1500
Facsimile: (561) 491-9459                 E-mail: kyoung@seyfarth.com
Email: greg@sconzolawoffice.com          Attorney for Defendant
Secondary Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

1

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on February 17, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

  **/s/ Gregory S. Sconzo**           
**Gregory S. Sconzo, Esq.**
