UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case Number: 20-14444-CIV-MARTINEZ

HOWARD COHAN,
    Plaintiff,

vs.

STAPLES THE OFFICE SUPERSTORE, LLC,
d/b/a STAPLES,
    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice, [ECF No. 9]. It is hereby:

**ADJUDGED** that this action is **DISMISSED with prejudice**, and this case is **CLOSED**.

All parties shall bear their own attorneys' fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of February, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record